UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID A. CROSSETT,<br><br>    Plaintiff,<br><br>    v.<br><br>COX LAW; JON COX; ELCOX VENTURES; and EDWINA ELCOX,<br><br>    Defendants. | Case No. 1:23-cv-00419-AKB<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On September 22, 2023, Pro Se Plaintiff David Crossett filed a complaint against Defendants Cow Law, Jon Cox, Elcox Ventures, and Edwina Elcox. (Dkt. 1). Defendants Elcox and Elcox Ventures filed a motion to dismiss on October 9, 2023, under Federal Rule of Civil Procedure 12(b). (Dkt. 3). On November 3, 2023, Defendants Jon Cox and Cox Law also filed to a motion to dismiss. (Dkt. 11). Crossett has not yet responded to Defendants' motions to dismiss. (*See* Dkts. 7, 14).

On December 1, 2023, Crossett filed his "Verified Motion to Dismiss Without Prejudice or Provide Alternative." (Dkt. 15). In his motion, Crossett seeks voluntarily dismissal of this action. (Dkt. 15 at p. 6). Federal Rule of Civil Procedure 41(a) permits voluntary dismissal by the plaintiff or by the Court. Specifically, it provides that generally "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." Fed. R. Civ. P. 41(a)(1)(A). Because no Defendant has yet filed an answer or a summary judgment motion, Crossett may voluntarily dismiss his action. Accordingly,

The Court notes Crossett's pro se request for voluntarily dismissal is permitted by Rule 41(a)(1)(A), and Crossett may voluntarily dismiss this action without a court order. *See Swedberg v. Marotzke*, 339 F.3d 1139, 1142 (9th Cir. 2003) (ruling "courts must give effect to a plaintiff's notice of dismissal" despite defendant having filed Rule 12(b) motion). Accordingly, the Court finds Crossett's motion proper. *See* Fed. R. Civ. P. 41(a)(2) (permitting voluntarily dismissal "on terms that the court considers proper").

**IT IS ORDERED** that:

1. Plaintiff David Crossett's Verified Motion to Dismiss Without Prejudice or Provide Alternative (Dkt. 15) is **GRANTED**.

2. Crossett's Complaint (Dkt. 1) is **DISMISSED WITHOUT PREJUDICE**.

3. Defendants' motions to dismiss (Dkts. 3, 11) are deemed **MOOT**.

4. The Clerk is directed to mail a copy of this order to Crossett and to close this case.

DATED: December 08, 2023

Amanda K. Brailsford
U.S. District Court Judge